452 A.2d 50

Commonwealth v. Spina, Appellant.

Submitted December 9, 1981. John J. Thomas, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Luzerne County Common Pleas Court Judge Arthur D. D'Alessandro is affirmed.